## ROGERS et al. v. BOMER et al.

No. 9653— Opinion Filed March 9, 1920.

(Syllabus by the Court.)

### Appeal and Error—Failure to File Brief—Dismissal.

Where plaintiff in error files no brief, as required by rule 7 (47 Okla. vi) of this court, the appeal will be dismissed for want of prosecution.

Error from District Court, Nowata County; Conn Linn, Assigned Judge.

Action between Jos. R. Rogers and others and John O. Bomer and others. From the judgment, the former brings error. Dismissed.

Denton & Lee and Tillotson & Elliott, for plaintiffs in error.

Chase & Campbell, for defendants in error.

RAINEY, J. On January 13, 1920, an order was entered, giving plaintiff in error 30 days from that date in which to file brief, and the cause was thereafter submitted on February 10, 1920. No brief having been filed within the extension of time granted, the cause is dismissed for want of prosecution. Balch v. Pickard, 72 Oklahoma, 179 Pac. 10; McGowen et al. v. Keller Ring, 77 Oklahoma.

OWEN, C. J., and PITCHFORD, JOHNSON, HIGGINS, and BAILEY, JJ., concur